B18 (Official Form 18)
Rev.(03/09)

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Huong Luong
aka Katy My Luong, aka Huong Katy My Luong

**BANKRUPTCY NO.** 2:09–bk–19002–SB

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−5657
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 10/20/09

**Address:**
152 1/2 W Avenue 28
Los Angeles, CA 90031

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT,

Dated: October 20, 2009

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form Rev. 03/09) VAN−30

12 − 4 / CBI

B18 (Official Form 18) Cont.
Rev.(03/09)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: cbautista              Page 1 of 2              Date Rcvd: Oct 20, 2009
Case: 09-19002                 Form ID: b18                 Total Noticed: 38

The following entities were noticed by first class mail on Oct 22, 2009.
db           +Huong Luong,   152 1/2 W Avenue 28,   Los Angeles, CA 90031-1840
aty          +Gilbert B Weisman, ll,   Becket & Lee LLP,   16 General Warren Blvd,   POB 3001,
               Malvern, PA 19355-0701
aty          +Tyson Takeuchi,   Law Offices of Tyson Takeuchi,   1100 Wilshire Blvd Ste 2606,
               Los Angeles, CA 90017-1964
tr           +Elissa Miller,   SulmeyerKupetz,   333 S Hope St,   35th fl,   Los Angeles, CA 90071-1406
smg           Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
cr            NCO Portfolio Management,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
23599029     +1st Financial Bk,   363 W Anchor Dr,   Dakota Dunes, SD 57049-5154
23599034     +Brian N Winn,   110 E Wilshire Ave Ste 212,   Fullerton, CA 92832-1960
23599038     +CHLD/CBSD,   Po Box 6497,   Sioux Falls, SD 57117-6497
23599040     +Citi,   PO Box 6003,   Hagerstown, MD 21747-6003
23599039      Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
23599043     +Law Office Of M.N Kay Pc,   7 Penn Plz,   New York, NY 10001-3967
23599044      Lvnv Fundinc Llc,   PO Box 10584,   Greenville, SC 29603-0584
23599046      NCO Fin/22,   507 Prudential Rd,   Horsham, PA 19044-2308
23599048      Professional Collections,   PO Box 45274,   Los Angeles, CA 90045-0274
23599050      SST/Cigpf1corp,   800 Brooksedge Blvd,   Columbus, OH 19801
23599051     +SST/Columbus Bank&Trust,   4315 Pickett Rd,   Saint Joseph, MO 64503-1600
23599049      Sears/CBSD,   PO Box 6189,   Sioux Falls, SD 57117-6189
23599052      Us Dept Of Ed,   501 Bleecker St,   Utica, NY 13501-2401
23599056     +WINN law Group,   110 E Wilshire Ave Ste 212,   Fullerton, CA 92832-1960

The following entities were noticed by electronic transmission on Oct 21, 2009.
smg           EDI: CALTAX.COM Oct 20 2009 21:24:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
               Sacramento, CA 95812-2952
cr            EDI: BECKLEE.COM Oct 20 2009 21:18:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
23599030      EDI: AMEREXPR.COM Oct 20 2009 21:23:00      Amex,   PO Box 297812,   Ft Lauderdale, FL 33329-7812
23599031      EDI: AMEREXPR.COM Oct 20 2009 21:23:00      Amex,   PO Box 981537,   El Paso, TX 79998-1537
23599032      EDI: ACCE.COM Oct 20 2009 21:24:00      Asset Acceptance Corp,   PO Box 50800,
               Phoenix, AZ 85076-0800
23599033      EDI: ACCE.COM Oct 20 2009 21:24:00      Asset Acceptance LLC,   PO Box 2036,
               Warren, MI 48090-2036
23599035      EDI: CAPITALONE.COM Oct 20 2009 21:18:00      Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
23599036      EDI: CHASE.COM Oct 20 2009 21:23:00      Chase,   800 Brooksedge Blvd,
               Westerville, OH 43081-2822
23599037      EDI: CHASE.COM Oct 20 2009 21:23:00      Chase Bank USA NA,   800 Brooksedge Blvd,
               Westerville, OH 43081-2822
23599039      EDI: CITICORP.COM Oct 20 2009 21:23:00      Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
23599041      EDI: DISCOVER.COM Oct 20 2009 21:18:00      Discover Fin Svcs Llc,   PO Box 15316,
               Wilmington, DE 19850-5316
23599042      EDI: RMSC.COM Oct 20 2009 21:18:00      Gemb/Gap,   PO Box 981400,   El Paso, TX 79998-1400
23599045      EDI: TSYS2.COM Oct 20 2009 21:18:00      MCYDSNB,   9111 Duke Blvd,   Mason, OH 45040-8999
23599047     +E-mail/Text: bnc@nordstrom.com                           Nordstrom FSB,   Po Box 13589,
               Scottsdale, AZ 85267-3589
23599053     +EDI: WFNNB.COM Oct 20 2009 21:23:00      WFNB/Abercrombie Fitch,   4590 E Broad ST,
               Columbus, OH 43213-1301
23599054     +EDI: WFNNB.COM Oct 20 2009 21:23:00      WFNNB/Express,   4590 E Broad St,
               Columbus, OH 43213-1301
23599055     +EDI: WFNNB.COM Oct 20 2009 21:23:00      WFNNB/Victorias Secret,   4590 E Broad St,
               Columbus, OH 43213-1301
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-2        User: cbautista          Page 2 of 2             Date Rcvd: Oct 20, 2009
Case: 09-19002              Form ID: b18             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2009**            **Signature:**   *Joseph Speetjens*